UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
    :
ALEXANDRA FIALLOS, as parent and natural guardian  :
of L.V., and ALEXANDRA FIALLOS, individually,    :
et al.,    :    25-CV-7281 (JMF)
    :
                   Plaintiffs,  :    ORDER
    :
        -v-  :
    :
MELISSA AVILES-RAMOS, in her official capacity as  :
Chancellor of the New York City Department of    :
Education, et al.,    :
    :
                   Defendants.  :
    :
-----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

    Earlier today, Plaintiffs filed a motion for a temporary restraining order and preliminary injunction. *See* ECF Nos. 5-6, 8. No later than **7:00 p.m. today**, Plaintiffs shall serve Defendants, via email to the Office of the Corporation Counsel, with a copy of their motion papers and this Order and, no later than **10:00 a.m. tomorrow**, shall file proof of such service on the docket.

    It is hereby ORDERED that the parties appear for a conference with the Court on **September 5, 2025**, at **3:00 p.m.** The parties should be prepared to discuss the issues raised in Plaintiffs' motion, including (1) a briefing schedule; (2) whether there is any need for any discovery or an evidentiary hearing in connection with the motion for a preliminary injunction; and (3) whether trial on the merits should be consolidated with any hearing pursuant to Rule 65(a)(2) of the Federal Rules of Civil Procedure. In addition, the parties should be prepared to address (4) whether all Plaintiffs are properly joined in this action, *see, e.g.*, *Davis v. Banks*, No.

22-CV-8184 (JMF), 2023 WL 5917659, at *6 n.8 (S.D.N.Y. Sept. 11, 2023) (raising "grave doubts that joinder of Plaintiffs . . . was proper" in case where "claims turn[ed] on the individual circumstances of their . . . respective Pendency Orders"); *Frias v. Aviles-Ramos*, No. 25-CV-5936 (JPC), 2025 WL 2494336, at *2 (S.D.N.Y. Aug. 29, 2025) (concluding Plaintiffs were not properly joined in action "assert[ing] . . . that the DOE failed to timely fund each child's pendency placement at iBrain"); and (5) what issues, if any, are raised by the existence of other actions filed by some individual plaintiffs that are still open in this District, *see, e.g.*, *Zayas et al. v. Aviles-Ramos*, 25-CV-1880 (S.D.N.Y.) (JAV), including, but not limited to, whether this action should be deemed related to any of those actions.

The conference will be held remotely by telephone in accordance with Rule 3.B of the Court's Individual Rules and Practices in Civil Cases, available at https://nysd.uscourts.gov/hon-jesse-m-furman. The parties should join the conference by calling the Court's dedicated conference line at (855) 244-8681 and using access code 2303 019 3884, followed by the pound (#) key. When prompted for an attendee ID number, press the pound (#) key again. Counsel should review and comply with the rules regarding teleconferences in the Court's Individual Rules and Practices in Civil Cases, including Rule 3(B)(i), which requires the parties, no later than 24 hours before the conference, to send a joint email to the Court with the names and honorifics (e.g., Mr., Ms., Dr., etc.) of counsel who may speak during the teleconference and the telephone numbers from which counsel expect to join the call. In view of the timing of this Order, however, the parties are granted leave to comply with that requirement by **noon tomorrow.**

Finally, Defendants may, but are not required to, file a letter on the docket, not to exceed five pages, by **noon tomorrow** addressing the issues raised in Plaintiffs' motion and/or the other matters referenced above.

SO ORDERED.

Dated: September 4, 2025
       New York, New York

_____
JESSE M. FURMAN
United States District Judge