UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
ALEXANDRA FIALLOS, as parent and natural guardian :
of L.V., and ALEXANDRA FIALLOS, individually, et :
al., :
: 25-CV-7281 (JMF)
Plaintiffs, :
: ORDER
-v- :
:
MELISSA AVILES-RAMOS, in her official capacity as :
Chancellor of the New York City Department of :
Education, et al., :
:
Defendants. :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

In light of the parties' letters, *see* ECF Nos. 17-18, the Court ORDERS as follows:

- All claims by all Plaintiffs *other than* Alexandra Fiallos are hereby DISMISSED without prejudice to the filing of new, separate, lawsuits by the dismissed plaintiffs;

- No later than **September 12, 2025**, Plaintiff Fiallos shall file an Amended Complaint limited to her claims alone;

- In the event that the dismissed Plaintiffs file another complaint together, Defendants shall promptly alert the undersigned;

- Fiallos's motion for a temporary restraining order is denied given, among other things, that there is a due process hearing scheduled for September 15, 2025, *see* ECF No. 18, at 2, and that the only relief she seeks in her underlying Due Process Complaint is monetary reimbursement, *see id.* at 3; and

- The Court reserves judgment on Fiallos's motion for a preliminary injunction, any opposition to which Defendants shall file by **September 16, 2025**, and any reply in support of which shall be filed no later than **September 19, 2025**, *see* ECF No. 16.

**The Clerk of Court is directed to terminate all Plaintiffs from the docket except Alexandra Fiallos, in both her individual capacity and as parent and natural guardian of L.V.**

SO ORDERED.

Dated: September 10, 2025          _____
       New York, New York                    JESSE M. FURMAN
                                          United States District Judge