```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                            :
ALEXANDRA FIALLOS, as parent and natural guardian           :
of L.V., and ALEXANDRA FIALLOS, individually,               :
                                                            :
                                                            :   25-CV-7281 (JMF)
                                                            :
                              Plaintiff,                    :         ORDER
                                                            :
                                                            :
         -v-                                                :
                                                            :
                                                            :
MELISSA AVILES-RAMOS, in her official capacity as           :
Chancellor of the New York City Department of               :
Education, et al.,                                          :
                                                            :
                                                            :
                              Defendants.                   :
                                                            :
------------------------------------------------------------------X
```

JESSE M. FURMAN, United States District Judge:

Earlier today, Plaintiffs filed a second motion for a temporary restraining order and preliminary injunction. *See* ECF Nos. 22-25. It is hereby ORDERED that the parties appear for a conference with the Court on **September 18, 2025**, at **3:30 p.m.** The parties should be prepared to discuss the issues raised in Plaintiffs' motion, including (1) a briefing schedule; (2) whether there is any need for any discovery or an evidentiary hearing in connection with the motion for a preliminary injunction; and (3) whether trial on the merits should be consolidated with any hearing pursuant to Rule 65(a)(2) of the Federal Rules of Civil Procedure. In addition, the parties should be prepared to address (4) to what extent the parties disagree about "the full scope of the pendency obligations owed," ECF No. 25, at 16; (5) whether Defendants can represent that they are "committed to making the requisite payments and will do so voluntarily in the ordinary course of business, without the need for Court intervention," *Mendez v. Banks*, 65 F.4th 56, at 60 (2d Cir. 2023); and (6) whether or to what extent Plaintiff's requests for relief in

her first emergency motion, ECF No. 5, are moot in light of the Due Process Hearing that was held on September 15, 2025.

The conference will be held remotely by telephone in accordance with Rule 3.B of the Court's Individual Rules and Practices in Civil Cases, available at https://nysd.uscourts.gov/hon-jesse-m-furman.  The parties should join the conference by calling the Court's dedicated conference line at (855) 244-8681 and using access code 2303 019 3884, followed by the pound (#) key.  When prompted for an attendee ID number, press the pound (#) key again.  Counsel should review and comply with the rules regarding teleconferences in the Court's Individual Rules and Practices in Civil Cases, including Rule 3(B)(i), which requires the parties, no later than 24 hours before the conference, to send a joint email to the Court with the names and honorifics (e.g., Mr., Ms., Dr., etc.) of counsel who may speak during the teleconference and the telephone numbers from which counsel expect to join the call.

Finally, Defendants may, but are not required to, file a letter on the docket, not to exceed five pages, by **10:00 a.m.** on **September 18, 2025**, addressing the issues raised in Plaintiffs' motion and/or the other matters referenced above.

SO ORDERED.

Dated: September 16, 2025
New York, New York

_____
JESSE M. FURMAN
United States District Judge