UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
     :
ALEXANDRA FIALLOS, as Parent and Natural   :
Guardian of L.V., and ALEXANDRA FIALLOS,   :
Individually;     :
     :     25-CV-7281 (JMF)
         Plaintiff,   :
     :     ORDER
    -v-   :
     :
MELISSA AVILES-RAMOS, in her official capacity as :
Chancellor of the New York City Department of   :
Education, et al.,     :
     :
         Defendants.   :
     :
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

    As stated on the record at the conference held earlier today, Plaintiff's emergency motion for a temporary restraining order and/or preliminary injunction, ECF No. 22, is DENIED. The Clerk of Court is directed to terminate ECF No. 22.

    SO ORDERED.

Dated: September 18, 2025
       New York, New York
                                          JESSE M. FURMAN
                                          United States District Judge