UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                        :
ALEXANDRA FIALLOS, as Parent and Natural                                :
Guardian of L.V., and ALEXANDRA FIALLOS,                                :
individually,                                                           :
                                                                        :        25-CV-7281 (JMF)
                              Plaintiffs,                               :
                                                                        :            ORDER
             -v-                                                        :
                                                                        :
MELISSA AVILES-RAMOS et al.,                                            :
                                                                        :
                              Defendants.                               :
                                                                        :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

    As stated on the record during the conference held earlier today:

- Defendants are directed to file a third-party subpoena on the International Institute for the Brain ("iBrain") by **October 28, 2025**, for materials relevant to iBrain's financial condition and Plaintiffs' injury, if any.

- The parties shall file a joint letter by **November 4, 2025**, informing the Court whether Plaintiff has produced the requested materials and, either way, proposing a schedule for limited, expedited discovery into iBrain's financial condition and Plaintiffs' injury.

    SO ORDERED.

Dated:  October 21, 2025
        New York, New York                                    _____
                                                                    JESSE M. FURMAN
                                                               United States District Judge