UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------- X

ALEXANDRA FIALLOS, as Parent and Natural Guardian of L.V.[1], and ALEXANDRA FIALLOS, Individually;

                Plaintiff,

    against-                                                25-cv-7281

MELISSA AVILES-RAMOS, in her official capacity as Chancellor of the New York City Department of Education, and the NEW YORK CITY DEPARTMENT OF EDUCATION,

                Defendants.

-------------------------------------------------------------------------- X

## MOTION TO WITHDRAW THIRD MOTION FOR TEMPORARY RESTRAINING ORDER AND/OR PRELIMINARY INJUNCTION

PLEASE TAKE NOTICE THAT Plaintiff, by and through her undersigned counsel, hereby respectfully withdraws her third Motion for Temporary Restraining Order and/or Preliminary Injunction filed on October 9, 2025 [*see* ECF Nos. 40-43].

Plaintiff makes this request in light of Defendants' recent release of payments for L.V.'s tuition and nursing services for the 2025-2026 school year, which were subject to the relief sought in the aforementioned motion. Accordingly, Plaintiff no longer seeks this emergency relief. Defendants consent to this withdrawal.

Dated:        October 23, 2025
                 New York, NY

---

[1] Although the full name of the Parent is used herein, pursuant to the Family Educational Rights and Privacy Act ("FERPA"), 20 U.S.C. § 1232(g) (and 34 C.F.R. Part 99), the Student's initials are used to protect their privacy.

Respectfully submitted,

Liberty & Freedom Legal Group
*Attorneys for Plaintiff*

By: /s/ Nicole Lancia
Nicole Lancia, Esq.
105 East 34th Street, #190
New York, NY 10016
(646) 850-5035
nicole@pabilaw.org

Application GRANTED. The Clerk of Court is directed to terminate ECF Nos. 40 and 54.

SO ORDERED.

October 24, 2025