UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALEXANDRA FIALLOS, as parent and natural guardian of L.V., and ALEXANDRA FIALLOS, individually,

Plaintiffs,

-v-

KAMAR H. SAMUELS et al.,

Defendants.

25-CV-7281 (JMF)

ORDER

JESSE M. FURMAN, United States District Judge:

On July 17, 2026, the Court issued an Opinion and Order granting in part and denying in part Defendants' motion for sanctions. ECF No. 85. On July 31, 2026, Plaintiffs submitted a motion for partial reconsideration of that Order. ECF No. 86. Defendants are hereby ORDERED to file a response, if any, no later than **August 11, 2026**. Any reply shall be due no later than **August 14, 2026**. The parties' obligation to file a joint letter regarding the amount of attorneys' fees and costs owed to the DOE for defending this action is hereby STAYED pending resolution of the motion for reconsideration.

SO ORDERED.

Dated: August 3, 2026
New York, New York

JESSE M. FURMAN
United States District Judge